FILED AE

NOV 09 2007 *aew*

NOV 09 2007
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Gregory King )
)
v. )
)
)
Defendant(s) Kane County Jail )    07cv6376
Pat Perez )    JUDGE GUZMAN
)    MAG. JUDGE MASON
)

## MOTION FOR APPOINTMENT OF COUNSEL

1.    I, Gregory King_____, declare that I am the (check appropriate box)
☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.    In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3.    In further support of my motion, I declare that (check appropriate box):

☒    I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

☐    I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4.    In further support of my motion, I declare that (check appropriate box):

☒    I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

☐    I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

☐    I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5.    I declare under penalty that the foregoing is true and correct.

_Gregory King_
Movant's Signature

777 E Fabyan Pkwy
Street Address

Geneva Il 60134
City/State/Zip

Date: 9-12-07