**FILED**
DEC 1 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To whom it may concern

I Am writing in regards a lawsuit I filed against Kane Co. I am out now. I have not heard anything yet I am residing in Batavia now. My address is

Change of Address

07C6376

Gregory King
P.O. Box 813
Batavia Ill. 60510

Thank you