FILED

JAN 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom it may concern:

I am writing this in regards to the
Gregory King
-vs-                    Case    07C6376
Pat Perez

I was reincarcerated due to a mistake made by "the system" in my time calculation. I could not get my last six months of proof of income in Kane County. Kane County would not cooperate and I was unable to obtain it while I was out due to being dragged back to Stateville.

Please advise me of my next steps in order to obtain counsel

Thank you,

Gregory King
Gregory King