**United States District Court, Northern District of Illinois**

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6376 | **DATE** | 2/05/08 |
| **CASE TITLE** | | Gregory King (#R-65112) v. Pat Perez | |

**DOCKET ENTRY TEXT:**

Plaintiff Gregory King, currently incarcerated at Vienna Correctional Center, has submitted a letter requesting how to proceed in this case. [8] The Court grants the request, and instructs plaintiff that, if he wants to proceed with this case, he must submit a completed *in forma pauperis* application. The clerk is directed to mail to plaintiff another *in forma pauperis* application at his current place of confinement, the Vienna Correctional Center. Failure to submit a completed *in forma pauperis* application within 30 days of the date of this order may result in dismissal of this case. Plaintiff is advised that he must notify the Court of any change of his address, or his case may be dismissed for want of prosecution.

■ [**For further details see text below.**]                                         Docketing to mail notices.

**STATEMENT**

     Plaintiff Gregory King (R-65112), currently incarcerated at Vienna Correctional Center, filed this 42 U.S.C. § 1983 complaint while he was in custody at Kane County Jail. By order dated December 19, 2007, the Court dismissed all but Kane County Sheriff Patrick Perez as defendants, and instructed plaintiff to either submit a completed *in fora pauperis* application; prepay the filing fee; or dismiss this case voluntarily and refile it as a nonprisoner with a completed *in forma pauperis* application. Plaintiff informs the Court that he has been re-incarcerated. To proceed with this case, he must submit a completed *in forma pauperis* application. His application must contain a completed certificate by an authorized officer stating the amount of money plaintiff has in his current trust fund account, as well as a copy of his current trust fund account. Although plaintiff should also submit a copy of his jail trust fund account that existed at the time he filed the instant case, if such records are not available, he should at least submit a completed *in forma pauperis* application with his current financial information.

     In order for this Court to determine whether plaintiff qualifies as a pauper and to assess the amount of an initial partial filing fee, plaintiff must submit an *in forma pauperis* application that contains both a certificate by an authorized officer and a copy of plaintiff's trust fund account. Alternatively, plaintiff may prepay the $350 filing fee. Failure to submit a completed *in forma pauperis* application or prepay the filing fee within 30 day of the date of this order may result in dismissal of the case.

isk