UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AE

RECEIVED

NOV 09 2007 aew
09
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gregory King

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

HP    FILED

MARCH 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

vs.

Kane County Jail
Pat Perez

Case No: _____
(To be supplied by the Clerk of this Court)

07cv6376
JUDGE GUZMAN
MAG. JUDGE MASON

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Gregory King

   B. List all aliases: _____

   C. Prisoner identification number: 67192

   D. Place of present confinement: Kane County jail

   E. Address: 777 E Fabyan Pkwy, Geneva Il. 60134

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Pat Perez

   Title: Sheriff of Kane County

   Place of Employment: Kane County Jail

   B. Defendant: Medical Staff

   Title: Nurses and Doctor

   Place of Employment: Kane County Jail

   C. Defendant: Maintenance Men

   Title: Maintenance Men

   Place of Employment: Kane County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (✓) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is YES:

1. What steps did you take? Wrote grievances on ordinary request forms to several people/staff members

2. What was the result? Dr gave me Ibuprofen and Flexeril. No handicapped Aids were installed

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

Wrote more grievances and tried to talk to sargeant

D. If your answer is NO, explain why not:

Never received a reply

E.　　Is the grievance procedure now completed?　YES ( )　NO (✓)

F.　　If there is no grievance procedure in the institution, did you complain to authorities?
　　　YES (✓)　NO ( )

G.　　If your answer is YES:

　　　1.　What steps did you take? Told staff About my Accident in shower and wrote grievances on ordinary request slips

　　　2.　What was the result? None - Dr gave me Ibuprofen and Flexeril. Nothing got fixed

H.　　If your answer is NO, explain why not:

IV　I have had no previous lawsuits

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was trying to take a shower, but the drain threshold is about 1 inches. I have a prosthetic right leg, and having no rails to grab on to, I fell in the shower and my back was injured. It feels like it is out of place. I wrote to the doctor and nurse on 6-6-07, 6-8-07 + 7-2-07. I understand I am in jail, but why am I being punished before I am found guilty. I need accessibility in this place before I have another accident.

To this date 9-12-07 I have no shower that would aid me in my endeavor to bathe myself. I need this accessibility to keep myself clean. I need it right. I have no help here with staff or medical staff.

6

Nor was there a transfer chair. My fall caused me great pain and I have had a headache and backache since. On or about 7/2/07 I got gout in my knee. Dr. prescribed Allopurinol and indocin (for pain). When the nurse came around with meds, she said "No pain meds, we had to order them." I asked for ibuprofen and ice. Cindy said "You don't have a prescription for ice or Motrin." For two days I got no ibuprofen. I never got indocin. I asked for crutches or a wheelchair to get to the bathroom because I couldn't walk. She said "We can't give you crutches; you don't have a prescription!" I had someone help me to the bathroom. I had to go to court in a wheelchair. I had to drag myself onto the van that wasn't equipped, like the showers, to handle the handicapped and it has caused me great pain + suffering, to which I write this complaint.

I also have diabetes. They won't give me the pills I was prescribed before incarceration. There is nowhere to exercise, when I (before I fell) can. There is no diabetic tray served here. I am also a vegetarian/vegan and am served very little besides meat, bread, pasta and potatoes. I buy commissary and trade for what little vegetables I can get. No religious or diabetic tray. I have also been confined to the infirmary for months with no T.V., radio, or newspaper. Also, there is mold in here that makes me cough sometimes till I vomit (over)

They will not give us anything to kill the mold in the showers. Also if everybody in here is unable to clean, it doesn't get cleaned