IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Gregory King , | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CV 6376 |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | |
| Pat Perez, Sheriff of Kane County, | ) | |
| | ) | |
| Defendant. | ) | |

## Notice of Filing of Appearance

To:   Gregory King #R65112
      Vienna-VNA
      6695 State Route 146 East
      Vienna, IL 62995

     Please take notice that on April 29, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Attorney Appearance of Assistant State's Attorney Joseph F. Lulves, correct copies of which are attached to this Notice of Filing and duly served upon you.

## Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document to be served upon the above named party by addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, on April 29, 2008.

                                                                  /s/ Joseph F. Lulves

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6197008