UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gregory King
      Plaintiff,

v.             Case No.: 1:07–cv–06376
              Honorable Ronald A. Guzman

Pat Perez
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman:The parties are ordered to confer as required by the rules and submit to the court a proposed scheduling order with specific dates for the termination of fact discovery, expert discovery, amendment of pleadings, and dispositive motions on or before 7/3/08.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.