**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Gregory King
                Plaintiff,

v.                                      Case No.: 1:07−cv−06376
                                         Honorable Michael T. Mason

Pat Perez
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Michael T. Mason: This matter having been reassigned to Magistrate Judge Mason, an initial status hearing is set for 7/31/2008 at 09:15 a.m. in courtroom 2214. State's Attorney, Joseph F Lulves is to make arrangements with the Vienna Correctional Center so that plaintiff, Gregory King, may appear telephonically on 7/31/08. Parties shall file a joint status report as required by this Court's Standing Order by 7/28/08. Courtesy copy to be delivered to chambers, room 2206. The Court will address the specific dates for the termination of fact discovery, expert discovery, amendment of pleadings, and dispositive motions at the initial status hearing. Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.