THE CIRCUIT COURT FOR THE ~~Sixteenth~~ JUDICIAL COURT

~~KANe~~ COUNTY, ILLINOIS

Gregory King )
)
) No. 1:07-CV-06376
Pat Perez )
)

**FILED**

JUN 3 0 2008

6-30-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent), _Gregory King_, respectfully moves the court to appoint counsel for (him/her) in this cause. In support, (Petitioner/Respondent) states:

1. I have been incarcerated continuously since _Dec 25, 06_, and am presently held in custody and residing at the _Vienna_ Correctional Center in _Vienna_ Illinois, County of _Johnson_.

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3. I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.

4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because:
   _I was released in November 08 due to time miscalculation, now I don't have access to grievances, medical records, or witness contact list. All paperwork is outside and temporily out of reach._

5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.

6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances).
   _grievances were never answered. No grievance system. Only had requests w/copies. Most were ignored some were answered_

WHEREFORE, (Petitioner/Respondent) _Gregory King_, respectfully requests that counsel be appointed to represent (him/her) in this matter.

_Gregory King_
(Your Signature)

Type or print name _Gregory King_
Register number _____

**Vienna** Correctional Center
6695 State Route 146 East
_Vienna_, Illinois 62995-3122