UNITED STATES DISTRICT COURT
__Northern__ DISTRICT OF ILLINOIS

FILED
JUN 30 2008
6-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

__Gregory King #R65112__
PETITIONER

vs.

__Pat Perez__
RESPONDENT

CASE NUMBER: __1:07-CV-06376__

07cv6376

## MOTION FOR EXTENSION OF TIME

I, __Gregory King__, respectufully move the Court to enter an order granting an extension of time and in support states:

1. I am the Petitioner in the above captioned case.
2. I am not represented by an attorney in this case.
3. I am a prisoner committed to the custody of the Illinois Department of Corrections at __Vienna__ Correctional Center, __Vienna__ Illinois
4. The Petitioner served __Notice of Docket__ which was received bby me on __16 May 08__.
5. I have been unable to make the necessary investigation and research in order to prepare and file __my Deffense__, on or before the due date herein, _____, because:

I Am still Incarcerated at Vienna C.C. and do not Have Access to An Attorney or The Necessary Documents, Grievances, medical reports, witnesses, etc. I am due to be Released in April 09, I would like an Extension of time till then, or be allowed to Refile my claim at that time. I have very limited access to law library. Or drop claim and waive Filing fee.

6. I need more time within which to prepare and file __my Claim_____. WHEREFORE, I respectfully request an extension of __365__ days from this date, to and including _____, within which to file __my claim__.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on __18 June 2008__
(Date)

X __Gregory King__
(Signature, and I.D. Number)
__6695 St. Rt. 146 E.__
__P.O. Box 0100, V.C.C., Vienna, Ill. 62995__
(Address)

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Gregory King

                        Plaintiff,

v.                                     Case No.: 1:07−cv−06376
                                              Honorable Ronald A. Guzman

Pat Perez

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:The parties are ordered to confer as required by the rules and submit to the court a proposed scheduling order with specific dates for the termination of fact discovery, expert discovery, amendment of pleadings, and dispositive motions on or before 7/3/08.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.