MHW

IN THE CIRCUIT COURT FOR THE ~~Eastern Division~~ Northern _____ JUDICIAL COURT DISTRICT

_____ COUNTY, ILLINOIS

Gregory King
_____ )
Petitioner,            )
                       )
v.                     )
                       )    No. 1:07-cv-06376
Pat Perez              )
_____ )
Respondent.            )

**FILED**
JUN 30 2008
6-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR EXTENSION OF TIME

(Petitioner/Respondent), Gregory King _____, respectfully moves the Court to enter an order granting (him/her) an extension of time, and in support states:

1. I am the (Petitioner/Respondent) in the above captioned case.
2. I am not represented by an attorney in this case.
3. I am a prisoner committed to the custody of the Illinois Department of Corrections at Vienna Correctional Center, Vienna _____, Illinois.
4. The (Petitioner/Respondent) served (name of legal paper you are supposed to answer, for example, Motion to Dismiss), which was received by me on (date you received the legal paper).
5. I have been unable to make the necessary investigation and research in order to prepare and file (name of legal paper you are supposed to file, for example, Objections to Motion to Dismiss), on or before the due date herein, (date your paper is or was due), because:
   (a) *
   (b) etc.
6. I need more time within which to prepare and file (name of legal paper you are supposed to file).

WHEREFORE, I respectfully request an extension of 365 days from this date, to and including (the new deadline date), within which to file (name of legal paper you need to file).

X Gregory King
(Your signature)
Type or print name Gregory King
Register number: R65112
Vienna _____ Correctional Center
Box P.O. Box 0100
Vienna _____, Illinois 62995-0100
(Petitioner/Respondent), Pro Se

## VERIFICATION OF CERTIFICATION

I, Gregory King _____, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter;
2. I have read the foregoing application and have knowledge of its contents; and
3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

X Gregory King
(Your signature)

*Set forth in paragraph 5 facts concerning the reasons you will be (or have been) unable to prepare and file your legal paper on or before the due date. For example: your educational level, physical or mental handicap, type of factual or legal material you need to develop to prove your allegations, how often you get to use the law library, etc.

D

IN THE
*U.S District Court for the Northern District of Illinois - Eastern Division*

Gregory King
Plaintiff

v.

Pat Perez
Defendant

Case No. 1:07-CV-06376

## PROOF/CERTIFICATE OF SERVICE

TO: *Clerk of Court of claims Northern District Eastern Division*

TO: *Pat Perez Kane County*

PLEASE TAKE NOTICE that on **6-18**, 20**08**, I have filed with the U.S. Mail through the **Vienna** Correctional Center the following documents, properly addressed to the parties above: *Motion for appointment of counsel, and motion for extension of time.*

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: **6-18-08**

/s/ *Gregory King*
NAME: Gregory King
IDOC#: R65172
**Vienna** Correctional Center
P.O. BOX **0100**
**Vienna**, IL **62995**

Form Revised 11/1/01