# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6376 | **DATE** | 7/2/08 |
| **CASE TITLE** | Gregory King (R-65112) v. Pat Perez | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for the appointment of counsel [25] is denied without prejudice at this time.

■ [**For further details see text below.**]   Docketing to mail notices.

## STATEMENT

The Court denies without prejudice Plaintiff Gregory King's motion for the appointment of counsel. The case at the present stage does not involve complex discovery. The Court has asked the parties to submit a joint status report, in which they should state: the witnesses and documentary evidence that are involved in the case; the discovery, including depositions, they anticipate conducting; and the dates by which they expect to complete discovery. If it appears that the discovery in this case will be complex and that the parties will not able to settle without extensive discovery, the Court will revisit Plaintiff's request for the appointment of counsel. *See Pruitt v. Mote,* 503 F.3d 647, 656-59 (7th Cir. 2007); *see also Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004).

isk