IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Gregory King, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CV 6376 |
| | ) | |
| v. | ) | Judge Michael T. Mason |
| | ) | |
| Pat Perez, Sheriff of Kane County, | ) | |
| | ) | |
| Defendant. | ) | |

## Motion For Leave To Take Plaintiff's Deposition

Now come the Defendant, Kane County Sheriff Pat Perez, by his attorneys Kane County Assistant State's Attorneys Amy Engerman and Joseph Lulves, and pursuant to Federal Rule of Civil Procedure ("FRCP") 30(a)(2) seek leave to take the deposition of the Plaintiff Gregory King. In support thereof, Defendant states:

1. Plaintiff is proceeding in this action pro se. He is currently incarcerated at the Vienna Correctional Center, Illinois Department of Corrections, in Vienna, Illinois.

2. Defendants would like to take the deposition of the Plaintiff.

3. Pursuant to FRCP 30(a)(2) an order from this Court is required before the deposition may proceed.

1

Wherefore, the Defendant Sheriff Pat Perez, respectfully requests this Court grant leave to take the deposition of the Plaintiff Gregory King.

        Respectfully submitted,
/s/ Amy Engerman
Assistant State's Attorney

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6277932