IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Gregory King, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CV 6376 |
| | ) | |
| v. | ) | Judge Michael T. Mason |
| | ) | |
| Pat Perez, Sheriff of Kane County, | ) | |
| | ) | |
| Defendant. | ) | |

### Notice of Filing And Presentment Of A Motion For Leave To Take Plaintiff's Deposition

To:   Gregory King #R65112
      Vienna-VNA
      6695 State Route 146 East
      Vienna, IL 62995

Please take notice that on July 28, 2008, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Defendant's Motion For Leave To Take Plaintiff's Deposition, and we will present this Motion on July 31, 2008, at 9:00 AM in Courtroom 2214, of the United States District Court at 219 South Dearborn, Chicago, Illinois, 60604, copies of which are attached to this Notice and duly served upon you.

### Certificate of Service

The undersigned hereby certifies under penalties of perjury as provided by law, that I caused this notice and described document(s) to be served upon the above named party by addressing a copy to the above named and depositing the same in the U.S. Mail at 100 South Third Street, Geneva, Illinois, with postage prepaid, on July 28, 2008.

                                          /s/ Amy Engerman

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6277932