# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6376 | **DATE** | JUL 31 2008 |
| **CASE TITLE** | Gregory King (R-65112) v. Pat Perez | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for an extension of time [29] is denied as moot, given the parties discussion of the status of the case at the status hearing. Defendant's motion for a HIPPA protective order to obtain plaintiff's medical records and motion to take plaintiff's deposition [36], [38] are granted.

Docketing to mail notices.

isk