U.S.C.A. – 7th Circuit
RECEIVED
AUG 0 4 2008
GINO J. AGNELLO
CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Gregory King, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 CV 6376 |
| | ) | |
| v. | ) | Judge Michael T. Mason |
| | ) | |
| Pat Perez, Sheriff of Kane County, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
AUG 0 7 2008   PH
AUG 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Status Report**

The parties jointly file this status report pursuant to this Court's standing order regarding cases before the Court by consent:

1. Plaintiff complains of various conditions of confinement during his stay in the Kane County Adult Correctional Facility ("Jail"), including but not limited to: Lack of shower facilities to accommodate his prosthetic right leg; lack of a transfer chair for his disability; lack of adequate pain medication; *lack of crutches to get to bathroom.* unequipped van for transfer to court; lack of medical treatment for his gout and *lack of room to exercise, at times you couldn't get to the toilet without* diabetes; lack of a vegetarian diet; lack of cleaning supplies. The Kane *stepping over people sleeping on the floor.* County Sheriff is the only party named as a defendant. Attached are copies of the current complaint, and answer by defendant.

2. The relief requested is unknown as there is no prayer for relief attached *See attached prayer for relief* to the complaint. A request for an accommodation at the Jail appears to be academic for two reasons: First, plaintiff in now in the custody of the Department of Corrections, and second, Kane County is opening a new jail facil-

07CV6376

ity in the early fall, and all inmates are being transferred from the Old Jail the New Jail at that time.

3. Defendant will be presenting at the status hearing motions for 1) a HIPAA order to obtain plaintiff's medical records and 2) leave to take plaintiff's deposition a the Department of Corrections facility.

4. There are no current cut off dates. The parties suggest a discovery cut off date of December 1, 2008. The earliest date available date for trial the parties anticipate as February 1, 2009. *Plaintiff asks for a continuance to get together witnesses. Plaintiff's out date is April 2, 2009*

5. Defendant anticipates taking plaintiff's deposition only at this point. Defendant does not anticipate any written discovery will be required with the exception of the medical records. Subject to review of his medical records, and his deposition, other depositions may be required, but are not anticipated at this time. *Plaintiff also has answered and unanswered requests "grievances" in storage.*

6. ~~There is no jury demand.~~ *Jury demanded if settlement cannot be reached.*

7. While defendant is prepared to consider settlement, settlement negotiations have not taken place as defendant has ~~not~~ received a demand from plaintiff, ~~and there is no prayer for relief.~~

Respectfully submitted jointly by:

*Gregory King*
Gregory King

Kane County State's Attorney
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5320
Atty. No. 6277932

Amy P. Engerman
Assistant State's Attorney

(SEE ATTATCHED)

2

## RELIEF REQUESTED

07CV6376

*(State exactly what relief you want from the court.)*

(A.) Monetary compensation
(B.) $100,000.00

**JURY DEMAND**     Yes ☒     No ☐

Signed this __24__ day of __July__, __2008__.

_Greg King_
( Signature of Plaintiff )

| Name of Plaintiff: Gregory King | Inmate Identification Number: R65112 |
|---|---|
| Address: P.O Box 100 6695 State Route 146 East Vienna, IL, 62995 | Telephone Number: |

6