UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Gregory King

      Plaintiff,

v.               Case No.: 1:07−cv−06376
               Honorable Michael T. Mason

Pat Perez

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

  MINUTE entry before the Honorable Michael T. Mason: Initial status hearing held. Settlement conference set for 9/23/08 at 09:30 a.m. Assistant State's Attorney Joseph F. Lulves is to make arrangements with the Vienna Correctional Center so that plaintiff, Gregory King, may appear telephonically on 9/23/08 at 9:30 a.m. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.